FILED
CLERK, U.S. DISTRICT COURT

JAN 1 5 2026

rec

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 5: 26 - MJ - 00022 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) ) Allegations of Violations of Probation ) Supervised Release) |
| ISAAC HIGUERA | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (✓)   the appearance of defendant as required; and/or

(B)   (✓)   the safety of any person or the community.

//

//

The court concludes:

A.    (✓)    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_• Allegations of Failure to comply with Court orders_
_• Allegations of Firearm Possession_
_• Submission to Detention_

(B)    (✓)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_• Submission to Detention_
_• Allegations of Failure to comply with a Court Order_

IT IS ORDERED that defendant be detained.

DATED: _1/15/26_

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2